UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOYCE RICHARDS | * | CIVIL ACTION |
| VERSUS | * | NO: 07-5210 |
| LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION, ET AL | * | SECTION "A" |
| * * * * * * * | | MAGISTRATE (1) |

**MEMORANDUM IN RESPONSE TO MOTION
TO SET ASIDE ENTRY OF DEFAULT**

**MAY IT PLEASE THE COURT**:

This Memorandum is submitted by plaintiff in interpleader, Joyce Richards ("Richards"), in response to the motion filed by American Home Mortgage Servicing, Inc. ("American"), dated July 8, 2009, to set aside the Entry of Default.

Richards has no opposition to the court setting aside the Entry of Default. American has filed responsive pleadings which allows this case to proceed forward.

Respectfully submitted,

**LAW OFFICE OF KEVIN C. SCHOENBERGER**
By:   /s/ Kevin C. Schoenberger
**KEVIN C. SCHOENBERGER (Bar No. 11813)**
Attorney for Joyce Richards
701 Poydras Street
One Shell Square-Suite 3770
New Orleans, LA 70139, Phone: (504) 525-1143